**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 28 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PENNY J. MARTINEZ,

    Plaintiff,

v.                           NO. CIV-05-559 WJ KBM

IMMEDIATE CREDIT RECOVERY, INC.,

    Defendant.

## JUDGMENT

THIS MATTER having come before the Court on Plaintiff's acceptance of Defendant's Offer of Judgment, the Court having duly reviewed the filed and the acceptance, and being otherwise fully advised in the premises IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That the Plaintiff, Penny Martinez, recover from the Defendant, Immediate Credit Recovery the sum of $4,123.00, which is inclusive of damages, costs, interest and attorney's fees.

2. That the Defendant's counter-claim be and is hereby dismissed without prejudice and the Defendant take nothing.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted and Approved as to form:

_____
Bryan W. Thomason
Attorney for Defendant
111 Lomas Blvd., NW, Ste. 502
Albuquerque, NM 87102
(505) 265-9630


_____
Rob Treinen
Attorney for Plaintiff
300 Central Ave., SW, Ste. 2000 East
Albuquerque, NM 87102
(505) 243-7773